COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-105-CV

IN RE RICKY C. JONES RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

PER CURIAM

PANEL  B:  HOLMAN, LIVINGSTON, and GARDNER, JJ.

DELIVERED:  March 25, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.